IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ESTATE OF MICHAEL WONDERCHECK, BY BETH WONDERCHECK, PERSONAL REPRESENTATIVE, | ) ) ) ) | 4:06CV3087 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| STATE OF NEBRASKA, JOHN DOE, INDIVIDUALLY AND IN HIS CAPACITY AS STATE TROOPER OF THE NEBRASKA STATE PATROL; CITY OF GERING, CITY OF BAYARD, AND SCOTTS BLUFF COUNTY; JAMES JACKSON, INDIVIDUALLY AND IN HIS CAPACITY AS A POLICE OFFICER FOR THE CITY OF GERING; KRIS STILL, TRENT ZWICKL, MARK BLISS, AND DEPUTY PERKINS, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES AS DEPUTIES FOR SCOTTS BLUFF COUNTY; Z. DOUGLASS, INDIVIDUALLY AND IN HIS CAPACITY AS POLICY OFFICER FOR THE CITY OF BAYARD, NE., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendant State of Nebraska's motion for extension of time to respond to motion for summary judgment (filing 47) is granted, and its response is due October 12, 2006.

October 2, 2006.                    BY THE COURT:

                                    *s/Richard G. Kopf*
                                    United States District Judge