IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ESTATE OF MICHAEL WONDERCHECK, BY BETH WONDERCHECK, PERSONAL REPRESENTATIVE, | ) ) ) ) ) | 4:06CV3087 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO SHOW CAUSE |
| STATE OF NEBRASKA, et al., | ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

This matter is before the court *sua sponte*. On May 16, 2006, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. Filing 21. On June 19, 2006, the deadline for filing the parties' report was extended to "ten days after the court's ruling on the defendants' pending motions to dismiss." Filing 28. Those motions to dismiss were ruled on by filing 30 on July 14, 2006. Subsequent motions to dismiss and for summary judgment were filed, and have been ruled on. No report of the parties' planning conference has yet been filed.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before February 5, 2007, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 23rd day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge