IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ESTATE OF MICHAEL WONDERCHECK BY BETH WONDERCHECK, PERSONAL REPRESENTATIVE, | ) ) ) ) | CASE NO. 4:06CV03087 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| STATE OF NEBRASKA, JOHN DOE, individually and in his capacity as State Trooper of the Nebraska State Patrol; CITY OF GERING, CITY OF BAYARD, AND SCOTTS BLUFF COUNTY; JAMES JACKSON, individually and in his capacity as a police officer for City of Gering; KRIS STILL, TRENT ZWICKI, MARK BLISS, AND DEPUTY PERKINS, in their individual and official capacities as deputes for Scotts Bluff County; Z. DOUGLASS, individually and in his capacity as police officer for the City of Bayard, NE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) | |

**THIS MATTER** coming before the Court on Defendant, John Doe, individually and in his capacity as State Trooper of the Nebraska State Patrol's, Stipulated Motion for Extension of Time to File Motion for Summary Judgment (Filing No. 70).  The Court sustains the Motion and hereby extends the deadline for Defendant to file Motions for Summary Judgment based on qualified immunity from April 7, 2007 to May 7, 2007.

Dated this 3rd day of April, 2007.

                                                    BY THE COURT
                                                    s/ *David L. Piester*
                                                    David L. Piester
                                                    United States Magistrate Judge

**PREPARED AND SUBMITTED BY:**

ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
Omaha, Nebraska 68102
(402) 348-0900
Robert S. Keith, #21023