IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETH WONDERCHECK, Personal Representative, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3087 |
| v. | ) ) | |
| STATE OF NEBRASKA, et al., | ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

1. Counsel's motion to withdraw, filing 80, is granted, effective upon the filing of a certificate of service or affidavit indicating that the plaintiff has been served with a copy of this order.

2. Plaintiff is given 30 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in her behalf; (2) file a motion in this court for the appointment of counsel, setting forth her present financial status, and the reasons she believes counsel should be appointed; or (3) indicate, by pleading, that she will proceed in this case without counsel. If none of these actions is taken within the next thirty days, this case will be subject to dismissal.

3. Plaintiff's deadline to respond to the pending motion for summary judgment is extended to June 8, 2007. All other pending deadlines remain in effect.

DATED this 7th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge