```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BETH WONDERCHECK, Personal Representative, etc., | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3087 |
| v. | ) ) | |
| STATE OF NEBRASKA, et al., | ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

1. Defendants' "Objection", filing 90, is construed as a motion for reconsideration, and as so construed, is granted.

2. Upon reconsideration,

Paragraph 2 of the order of May 7, 2007, filing 84, is amended to read as follows:

> 2. Plaintiff is given until June 15, 2007 in which to either (a) obtain the services of substitute counsel and have that attorney file an appearance in her behalf; or (b) file a motion in this court for the appointment of counsel, setting forth her present financial status and the reasons she believes counsel should be appointed. If neither of these actions is taken by June 16, 2007, this case will be subject to dismissal.

Paragraph 3 of the order of May 7, 2007, filing 84, is deleted, as that matter was addressed by the court's order of May 9, 2007, filing 94.

The order remains otherwise in effect.

DATED this 14th day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge