IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ESTATE OF MICHAEL WONDERCHECK, BY BETH WONDERCHECK, PERSONAL REPRESENTATIVE, )<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF NEBRASKA, JOHN DOE, )<br>INDIVIDUALLY AND IN HIS )<br>CAPACITY AS STATE TROOPER )<br>OF THE NEBRASKA STATE )<br>PATROL; CITY OF GERING, )<br>CITY OF BAYARD, AND SCOTTS )<br>BLUFF COUNTY; JAMES JACKSON, )<br>INDIVIDUALLY AND IN HIS )<br>CAPACITY AS A POLICE OFFICER )<br>FOR THE CITY OF GERING; )<br>KRIS STILL, TRENT ZWICKL, )<br>MARK BLISS, AND DEPUTY )<br>PERKINS, IN THEIR INDIVIDUAL )<br>AND OFFICIAL CAPACITIES AS )<br>DEPUTIES FOR SCOTTS BLUFF )<br>COUNTY; Z. DOUGLASS, )<br>INDIVIDUALLY AND IN HIS )<br>CAPACITY AS POLICE OFFICER )<br>FOR THE CITY OF BAYARD, NE., )<br>)<br>Defendants. ) | 4:06CV3087<br><br><br><br><br><br><br><br>**MEMORANDUM**<br>**AND ORDER** |

   This matter is before the court on its own motion. On May 14, 2007, the court entered an order (filing 95) requiring that Plaintiff take one of two actions to obtain representation of counsel in this action. As of the date of this order, Plaintiff has failed to comply with the court's order. Accordingly, pursuant to the terms of the court's prior order (filing 95), Fed. R. Civ. P. 41, and NECivR 41.1, the court finds that Plaintiff's claims against Defendants should be dismissed without prejudice.

Accordingly,

IT IS ORDERED:

1. This case is dismissed without prejudice; and

2. Judgment shall be entered by separate document.

June 19, 2007.                    BY THE COURT:

                                  *s/Richard G. Kopf*
                                  United States District Judge